IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ISE LOGIK INDUSTRIES, INC.**                                              **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.** 1:23cv40 TBM-RPM

**ENDURACON TECHNOLOGIES, INC.,**
**and ENDURACON TECHNOLOGIES, LLC**                    **DEFENDANTS**

NOTICE OF REMOVAL

**COMES NOW DEFENDANT**, Enduracon Technologies, LLC ("Enduracon"), by and through undersigned counsel, and makes this special appearance specifically preserving defenses of personal jurisdiction, venue, *forum non conveniens*, or service of process and while otherwise generally reserving these and all other defenses and affirmative defenses, does hereby pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, remove this action from the Circuit Court for the First Judicial District, Harrison County, Mississippi, to the United States District Court for the Southern District of Mississippi, and in support thereof, states as follows:

I.   **REMOVAL**

1.      Enduracon Technologies, LLC. Hereby removes this action from the Circuit Court of Harrison County, Mississippi, to the United States District Court for the Southern District of Mississippi, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

**II. THE STATE COURT ACTION**

2.      Enduracon Technologies, Inc. and Enduracon Technologies, LLC are named defendants in a lawsuit styled *ISE Logik Industries, Inc. v. Enduracon Technologies, Inc. and Enduracon Technologies, LLC*, Case No. A2401-23-032, pending in the Circuit Court for the First

Judicial District, Harrison County, Mississippi. Plaintiff's original Complaint was filed on January 30, 2023. The First Amended Complaint was filed on February 3, 2023.

3. The First Amended Complaint and the originally filed Complaint are almost identical, differing in paragraph 2's description of the parties, and contain counts and causes of action for (Count I) a declaratory judgment; (Count II) a temporary restraining order and injunctive relief; and (Count III) allegations of a breach of contract.

4. The name and address of the court from which this case is being removed is:

The Circuit Court of Harrison County, Mississippi
First Judicial District
Gulfport Courthouse
1801 23rd Avenue
Gulfport, MS 39402.

### III.

### FILINGS IN STATE COURT

5. Copies of all process, pleadings, and order served upon Enduracon Technologies, Inc. and Enduracon Technologies, LLC are attached hereto as **Exhibit A** pursuant to 28 U.S.C. §1446(a).

### IV. TIMING OF REMOVAL

6. This Notice of Removal is filed within 30 days of learning of the subject lawsuit, which was filed on January 30, 2022. This removal is timely filed under 28 U.S.C. § 1446.

### V. JURISDICTION

7. The State Court Suit is removable to this Court pursuant to 28 U.S.C. § 1441 as being a civil action brought in state court, but over which this Federal District Court has original jurisdiction. Enduracon Technologies, Inc. is an inactive corporation organized under the laws of the State of Minnesota. Enduracon Technologies, Inc.'s principal place of business was St. Paul,

Minnesota. Enduracon Technologies, Inc. is not a citizen of the State of Mississippi, where this action was brought and did not at any time material consist of officers, directors or shareholders who were Mississippi residents.

8. Enduracon Technologies, LLC is a limited liability company organized under the laws of the State of Wisconsin, with its principal place of business located in St. Paul, Minnesota. Enduracon Technologies, LLC is not a citizen of the State of Mississippi, where this action was brought. Neither are its managers or members Mississippi residents.

9. The Complaint alleges Plaintiff ISE Logik Industries, Inc. is a corporation organized under the laws of the State of Delaware and its principal place of business is in Mississippi.

10. As evidenced by the information above, there is complete diversity of citizenship in this action within the meaning of 28 U.S.C. § 1332.

## VI. PROPRIETY OF REMOVAL

11. This action is removable to this Court by Enduracon Technologies, LLC pursuant to 28 U.S.C. §1441 because this Court has original jurisdiction of this action under 28 U.S.C. § 1332. This notice is being filed within thirty (30) days of the service of the Summons and Complaint and this action was commenced within this district. Both defendants have been served and while this removal is filed by Enduracon Technologies, LLC, and Enduracon Technologies, Inc. is an inactive corporation both defendants are represented by undersigned counsel and consent to the removal, without waiving any objections as to personal jurisdiction, venue, forum non-conveniens, service of process or any other defenses. There are no non-diverse defendants and so there are no parties whose presence in this action defeat this Court's diversity jurisdiction.

## VII. DIVERSITY OF CITIZENSHIP

12. Plaintiff is alleged to be a Delaware Corporation with its principal place of business in Mississippi.

13. Enduracon Technologies, Inc. is an inactive corporation organized under the laws of the state of Minnesota. Enduracon Technologies, Inc.'s principal place of business was St. Paul, Minnesota. Enduracon Technologies, Inc. is not a citizen of the State of Mississippi, where this action was commenced, and neither are its officers, directors or shareholders citizens of the State of Mississippi.

14. Enduracon Technologies, LLC is a limited liability company organized under the laws of the State of Wisconsin, with its principal place of business located in St. Paul, Minnesota. Enduracon Technologies, LLC is not a citizen of the State of Mississippi, where this action was brought. Neither are its managers or members residents of the State of Mississippi.

## VIII. AMOUNT IN CONTROVERSY

15. The amount in controversy exceeds this Court's diversity jurisdictional threshold. At paragraph 33 (g) of the Complaint, Plaintiff demands a determination by the Court of all Defendant's claims, for commissions or otherwise. In valuing Defendant's claims, correspondence to Plaintiff made Exhibit "C" to the Complaint sets forth claims in excess of $2,000,000 for damages as well as a claim of $500,000 for punitive damages. In Count III of Plaintiff's Complaint, damages are defined to include "potential damages . . . that may be awarded against Plaintiff in another jurisdiction under the MTSRA . . . ." In Enduracon Technologies, LLC's proposed Complaint drafted for another jurisdiction and made part of Plaintiff's Exhibit "C," at page 14 of 15, damages identified in the Prayer for Relief are said to be "in an amount

4

greater than $75,000." Additionally, punitive damages are sought in that proposed Complaint. Federal courts in Mississippi have routinely held that unspecified claims for punitive damages are sufficient by themselves to serve to bring the amount in controversy over the requisite jurisdictional threshold of 28 U.S.C. § 1332. *See e. g. Marcel v. Pool Co.*, 5 F.3d 81, 84-85 (5th Cir. 1993). When the demand for punitive damages is viewed in conjunction with a demand in excess of two million dollars ($2,000,000) in correspondence to ISE Logik Industries, Inc., the amount in controversy far exceeds this court's jurisdictional threshold for diversity jurisdiction.

## IX. NOTICE TO OTHERS

16. Pursuant to 28 U.S.C § 1446, a notification to the state court of this removal is attached hereto as **Exhibit B**. Attached as **Exhibit A** is a copy of the State Court record. Pursuant to Rule 5 (b) of the Local Uniform Civil Rules of the United States District Court for the Southern District of Mississippi, a complete copy of the state court record in the civil action will be filed as a single docket item no later than the filing of this Notice of Removal.

WHEREFORE, Defendant Enduracon Technologies, LLC removes this action to the United States District Court for the Southern District of Mississippi, Southern Division.

RESPECTFULLY SUBMITTED, this 13th day of February, 2023.

                                           ENDURACON TECHNOLOGIES, LLC
                                           ENDURACON TECHNOLOGIES, INC.

BY:   DEUTSCH KERRIGAN, L.L.P.

            */s/ R. Douglas Vaughn*
            R. DOUGLAS VAUGHN (MSB #99404)

R. Douglas Vaughn (MSB #99404)
**DEUTSCH KERRIGAN, L.L.P.**
2510 14th Street, Suite 1001
Gulfport, MS 39501
T: 228-864-0161
F: 228-863-5278
dvaughn@deutschkerrigan.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, R. DOUGLAS VAUGHN, do hereby certify that on this date, I electronically filed the above and foregoing Notice of Removal with the Clerk of the Court using the Court's electronic filing system, which will electronically send a copy of same to the following:

> Robert T. Schwartz (MSB #10482)
> Christian Strickland (MSB #104474)
> SCHWARTZ, ORGLER & JORDAN, PLLC
> 2355 Pass Road
> Biloxi, MS 39531
> T: 228-388-7441
> F: 228-388-7442
> robert@sojlaw.net
> christian@sojlaw.net

This 13th day of February, 2023.

*/s/ R. Douglas Vaughn*
R. DOUGLAS VAUGHN