**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**ISE LOGIK INDUSTRIES, INC.**                                                    **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 1:23-cv-40-TBM-BWR**

**ENDURACON   TECHNOLOGIES,**
**INC.;**   *and*   **ENDURACON**
**TECHNOLOGIES, LLC**                                                    **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion granting the Defendants' Motion to Dismiss [4], this action is DISMISSED WITH WITHOUT PREJUDICE.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs. This CASE is CLOSED.

THIS, the 22nd day of June 2023.


_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE